=================================================================

* * * * * *UNITED STATES DISTRICT COURT* * * * *

_____NORTHERN_____ **DISTRICT OF** _____NEW YORK_____

JUDGMENT IN A CIVIL CASE

DOCKET NO.        9:03cv43 (LEK/GJD)

JEFFREY WILLIAMS

Plaintiff(s),

v.

CHRIS T. MELLAS, Superintendent at
Lyon Mountain Correctional Facility

Defendant(s).

_____ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___x___ **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Report-Recommendation of USMJ DiBianco is approved and adopted in its entirety and that the petition for writ of habeas corpus is denied and dismissed, all in accordance with the Decision and Order signed by USDJ Lawrence E. Kahn on 1/3/07.

DATE: January 3, 2007

Clerk of Court

s/WILLIAM J. GRIFFIN

By:_____

DEPUTY CLERK